# UNITED STATES DISTRICT COURT
### _____   District of Minnesota   _____

Kelvin Lenar Lee,                          **JUDGMENT IN A CIVIL CASE**

      Plaintiff,

v.                                       Case No. 15-cv-4272 (WMW/HB)

Bryan Castle,
in his individual capacity as an officer of the
Minneapolis Police Department,

      Defendant.

---

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict for the Defendant.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The jury finds in favor of the Defendants. No damages were awarded.


Date: September 29, 2017                             RICHARD D. SLETTEN, CLERK

s/Wilhelmina M. Wright                           s/Terianne Bender
Wilhelmina M. Wright                                 (by) Terianne Bender
United States District Judge                       Deputy Clerk